HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
GLORIA SALTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-mj-180-DB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER TO |
| vs. | ) | CONTINUE BENCH TRIAL |
| | ) | |
| GLORIA SALTER, | ) | Date: February 7, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Deborah Barnes |
| | ) | |

   IT IS HEREBY STIPULATED by and between Phillip A. Tabert, United States Attorney, through Robert Artuz, Special Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Gloria Salter, that the bench trial scheduled for February 9, 2017 be vacated and be continued to April 10, 2017 at 9:00 a.m.

   This continuance is necessary as defense is still evaluating evidence and needs time to hold discussions with her client in furtherance of resolution.

DATED: February 7, 2017            Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/Linda Allison
                                   LINDA ALLISON
                                   Chief Assistant to the Federal Defender
                                   Attorneys for Defendant
                                   GLORIA SALTER

Stipulation and [Proposed] Order to Continue            -1-
Status Conference and Initial Appearance

DATED: February 7, 2017     PHILLIP A. TALBERT
                            United States Attorney

                            /s/Robert Artuz
                            Robert Artuz
                            Special Assistant U.S. Attorney
                            Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the February 9, 2017 bench trial shall be continued until April 10, 2017 at 9:00 a.m.

Dated: February 8, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE