HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
GLORIA SALTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-mj-00180-DB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL AND SET A CHANGE OF PLEA HEARING |
| vs. | ) ) |  |
| GLORIA SALTER, | ) ) | Date: May 16, 2017 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Tabert, United States Attorney, through Robert Artuz, Special Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, on behalf of Gloria Salter, that the bench trial scheduled for April 10, 2017 be vacated and a change of plea hearing and sentencing be set on May 16, 2017 at 10:00 a.m.

The parties have not reached a plea agreement; however, Ms. Salter intends to enter a guilty plea on May 16, 2017.

DATED: April 6, 2017                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/Linda Allison
                                        LINDA ALLISON
                                        Chief Assistant Federal Defender
                                        Attorneys for Defendant
                                        GLORIA SALTER

Stipulation and [Proposed] Order                    -1-

DATED: April 6, 2017    PHILLIP A. TALBERT
United States Attorney

/s/Robert Artuz
Robert Artuz
Special Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the bench trial set for April 10, 2017 be vacated, and a change of plea hearing and sentencing be set for May 16, 2017 at 10:00 a.m.

Dated: April 7, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE