1 PHILLIP A. TALBERT
United States Attorney
2 Robert J. Artuz
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Plaintiff
United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    No. 2:16-mj-00180-DB

12              Plaintiff,                      STIPULATION AND ORDER TO CONTINUE
                                                HEARING FOR CHANGE OF PLEA AND
13       v.                                     SENTENCING

14 GLORIA B. SALTER,

15              Defendant.

16

17                            **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for a change of plea and sentencing on May 16,

21 2017 at 10:00 a.m.

22       2.      The Court has indicated that it is no longer available on May 16, 2017.

23       3.      By this stipulation, the parties now jointly move to continue the change of plea and

24 sentencing to June 20, 2017 at 10:00 a.m.

25 ///

26 ///

27 ///

28 ///

STIPULATION RE: CHANGE OF PLEA AND SENTENCING          1

IT IS SO STIPULATED.

Dated:  May 11, 2017                              PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ *Robert J. Artuz*
                                                  Robert J. Artuz
                                                  Assistant United States Attorney


Dated:  May 11, 2017                              /s/ *Linda C. Allison*
                                                  Linda C. Allison
                                                  Counsel for Defendant
                                                  GLORIA B. SALTER


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  May 15, 2017                              /s/ DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE