PHILLIP A. TALBERT
United States Attorney
Robert J. Artuz
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-MJ-00180-DB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | DATE: September 19, 2017 |
| GLORIA B. SALTER, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a bench trial on September 19, 2017 at 9:00 a.m.

2.    The Court indicated that it was no longer available on September 19, 2017.

3.    By this stipulation, the parties now jointly move to continue the bench trial to September 29, 2017 at 10:00 a.m.

///

///

///

///

STIPULATION RE: CONTINUANCE OF BENCH TRIAL

1

1  IT IS SO STIPULATED.

2  Dated:  September 20, 2017                    PHILLIP A. TALBERT
                                                United States Attorney
3

4                                               /s/ *Robert J. Artuz*
                                                Robert J. Artuz
5                                               Assistant United States Attorney

6

7  Dated:  September 20, 2017                   /s/ *Linda C. Allison*
                                                Linda C. Allison
8                                               Counsel for Defendant
                                                GLORIA B. SALTER
9

10

11

12                         **FINDINGS AND ORDER**

13         **IT IS SO ORDERED.**

14  DATED:  September 20, 2017                   /s/ DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

   STIPULATION RE: CONTINUANCE OF BENCH TRIAL           2