

| Robert Lowney<br>Chief, CSO - Programs Division | **CENTRAL VIOLATIONS BUREAU**<br>P.O. Box 780549<br>San Antonio, TX 78278 | Ted C. Willmann<br>Branch Chief<br>(800) 827-2982<br>FAX: (210) 301-6401 |
|---|---|---|

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext 6419

**District:** EASTERN DISTRICT OF CALIFORNIA

**Location Code:** CA52    **Citation Number(s):** 3889743

| SACR | **Hearing Site** | The location where the citation is scheduled. |
| 04/14/2015 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| ✓ | **Miscellaneous** | See Remarks Section |

**Remarks:**

Defendant is providing payment information and requesting a refund.

| X | Refund Approved | _Glenda Wood_ (signature) | October 31, 2017 |
| | Void/Dismissal Approved | Glenda Wood<br>Case Processor | Date |
| | Accept and Close Citation | | |

Further action to be taken by CVB or Agency, please specify: _____

Ordered this 1st Day of Nov, 20 17   _(signature)_   72 BY
                                    U.S. Magistrate Judge    Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY